UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>             Plaintiff,<br><br>  vs.<br><br>ELDON VAIL, JEFF UTTECHT, DR. QUIGGLE, MELISSA ANDREWJESKI and DAVID BAILEY,<br><br>             Defendants. | NO. CV-10-5042-JLQ<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PAY FILING FEE |

    Mr. Lewis was denied leave to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g) (Ct. Rec. 15), having had more than three prior actions dismissed as being frivolous. Rather than pay the $350.00 filing fee as directed, Plaintiff filed an interlocutory Notice of Appeal (Ct. Rec. 16). He was advised his failure to pay would result in dismissal of the complaint. Accordingly, **IT IS ORDERED** the complaint is **DISMISSED** without prejudice for failure to comply with 28 U.S.C. § 1914.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, to the Clerk of the Ninth Circuit Court of Appeals with reference to the Circuit Court filing number, and close the file. The court certifies any appeal of this dismissal would not be taken in good faith.

    **DATED** this 29th day of April 2010.

                    s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT FOR FAILURE TO PAY FILING FEE -- 1