AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTHONY EUGENE LEWIS,

        Plaintiff,

v.

ELDON VAIL, JEFF UTTECHT, DR. QUIGGLE, MELISSA ANDREWJESKI and DAVID BAILEY,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-5042-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with 28 USC § 1914.

April 29, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson